■ JUAN CARLOS PENA, Also Known as JUAN CARLOS PENA BATISTA, Appellant, v THE OFFICE OF THE COMMISSIONER OF BASEBALL et al., Respondents. [3 NYS3d 344]—

Order, Supreme Court, New York County (Lawrence K. Marks, J.), entered March 27, 2014, which granted defendants the Office of the Commissioner of Major League Baseball and the Washington Nationals Baseball Club's motions to dismiss the complaint, unanimously affirmed, without costs.

In this putative class action suit, the motion court properly concluded that plaintiff's commencement of this action was an improper collateral attack on a prior arbitration decision that plaintiff failed to challenge in accordance with CPLR 7511. Plaintiff was required to file a petition challenging the determination within 90 days of receipt of the arbitrator's decision in order to challenge the arbitration clause in the Minor League Uniform Players' Contract (*see Matter of Mavica v New York City Tr. Auth.*, 289 AD2d 86 [1st Dept 2001]).

Similarly, in order to challenge the arbitration clause on the ground that he was coerced into signing the contract and agreeing to arbitration, he would have had to file a motion to stay the arbitration (*see* CPLR 7503 [b]). Having failed to follow the proper procedure, plaintiff cannot now be heard by bringing these claims in a putative plenary class action.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Friedman, Andrias, DeGrasse and Gische, JJ.